IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANA M. ALIG-MIELCAREK,

    Plaintiff,

v.

    Case No. 2:11-CV-0255
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE ELIZABETH P. DEAVERS

DERRELL L. JACKSON, et al.,

    Defendants.

## ORDER

Defendant Clark Atlanta University, Inc. has informed the Court that a bankruptcy case was filed by Defendant Derrell L. Jackson in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, Case No. 12-54440-jb. (*See* Doc. 87, Ex. A.) Due to the automatic stay from the bankruptcy proceedings, the Clerk is directed to **ADMINISTRATIVELY CLOSE** this matter, pending any notification from the parties that the stay on the bankruptcy proceedings is lifted.

IT IS SO ORDERED.

3-6-2012
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE