UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANA M. ALIG-MIELCAREK,

    Plaintiff,

v.

    Case No. 2:11-CV-0255
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE ELIZABETH P. DEAVERS

DERRELL V. JACKSON, et al.,

    Defendants.

## ORDER

Defendant Clark Atlanta University, Inc. has informed the Court that on May 3, 2012, the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, entered an Order of Dismissal in the bankruptcy case filed by Defendant Derrell L. Jackson, Case No. 12-54440-jb (Docs. 94, 94-1). As such, the Clerk is directed to **ADMINISTRATIVELY RE-OPEN** this matter as to Defendant Derrell L. Jackson.

IT IS SO ORDERED.

7-12-2012
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE