UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANA M ALIG-MIELCAREK,

    Plaintiff,

v.

DERRELL L. JACKSON, *et al.*,

    Defendants.

Case No. 2:11-CV-00255
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

Defendant Clark Atlanta University, Inc., has informed the Court that Defendant Derrell L. Jackson filed a bankruptcy case in the United States Bankruptcy Court Northern District of Georgia, Atlanta Division, Case No. 12-70868-jrs. (*See* ECF No. 104-1.) Due to the automatic stay resulting from the bankruptcy proceedings, the Clerk is directed to **ADMINISTRATIVELY CLOSE** this matter, as to only Defendant Derrell L. Jackson, pending any notification from the parties that the stay on the bankruptcy proceedings is lifted.

**IT IS SO ORDERED.**

\_\_8-31-2012\_\_                           _____
DATE                                             EDMUND A. SARGUS, JR.
                                                   UNITED STATES DISTRICT JUDGE