UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANA M ALIG- MIELCAREK,

    **Plaintiff,**

v.

DERRELL L. JACKSON, *et al.*,

    **Defendants.**

**Case No. 2:11-CV-00255**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

Plaintiff brings this case against various Defendants alleging copyright infringement. On October 4, 2012, the Court dismissed Defendants Sheila T. Gregory, Dissertation Coaching Services, and Clark Atlanta University based on a lack of personal jurisdiction. (ECF No. 109.) The case is currently stayed as to Defendant Derrell L. Jackson in light of bankruptcy proceedings. (ECF No. 106.)

Plaintiff has filed Motions for Default Judgment against the two remaining Defendants, Rathsi Publishing, LLC and Project Focus, LLC. (ECF Nos. 80, 84.) The record reflects that Rathsi Publishing, LLC was served in May 2011. Moreover, the record reflects that the Clerk completed service via ordinary mail in November 2011. Neither party has answered or otherwise moved as to Plaintiff's Complaint. The Clerk has entered default against both parties. (ECF No. 35, 83.)

In light of these circumstances, the Court **DIRECTS** Defendants Rathsi Publishing, LLC and Project Focus, LLC to **SHOW CAUSE WITHIN FOURTEEN (14) DAYS** regarding their failure to answer Plaintiff's Complaint. Defendants are cautioned that failure to respond will

likely result in default judgment against them.  The Clerk is **DIRECTED** to mail a copy of this Order, via certified mail, to Defendant Rathsi Publishing, LLC, c/o Patrick Muhammad, at 476 Grey Hawk Way, Fairburn, GA 30213.  The Clerk is **DIRECTED** to mail a copy of this Order, via certified mail, to Defendant Project Focus, LLC, to the addresses listed in ECF Document No. 73.

    **IT IS SO ORDERED.**

1-31-2013
**DATE**

                **EDMUND A. SARGUS, JR.**
                **UNITED STATES DISTRICT JUDGE**