UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANA M. ALIG-MIELCAREK, Ph.D.,
    Plaintiff,
v.

Civil Action 2:11-cv-00255
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

DERRELL L. JACKSON, Ed.D., et al.,
    Defendants.

## ORDER

This matter is before the Court for consideration of a report and recommendation issued by Magistrate Judge Deavers on March 12, 2014. *See* doc. 146. Magistrate Judge Deavers recommended that the case be dismissed without prejudice for failure to prosecute. *Id.* at 1–2. The report and recommendation advised the parties that a failure to object within fourteen days would result in a waiver of the right to a *de novo* review. *Id.* at 2. The time period for objections has run and no party has objected. Therefore, the Court **ADOPTS** the report and recommendation. Consequently, this case is **DISMISSED without prejudice** for failure to prosecute.

**IT IS SO ORDERED.**

4-3-2014
**DATED**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**