AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JANA M. ALIG-MIEL CAREK, Ph.D.,**

       **Plaintiff,**

**v.**

                                    **JUDGMENT IN A CIVIL CASE**

                                    **CASE NO. 2:11-cv-00255**
**DERRELL L. JACKSON, Ed.D., et al.,**    **JUDGE EDMUND A. SARGUS, JR.**
                                    **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

       **Defendants.**

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Order dated April 3, 2014, JUDGMENT is hereby entered DISMISSING this case without prejudice for failure to prosecute.**

Date: April 3, 2014                                      JOHN P. HEHMAN, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                        (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk